RACHAEL A. HONIG
ACTING UNITED STATES ATTORNEY
BY: SARAH DEVLIN
ASSISTANT UNITED STATES ATTORNEY
970 BROAD STREET, SUITE 700
NEWARK, NEW JERSEY 07102
TEL: (973) 645-2740
SARAH.DEVLIN3@USDOJ.GOV

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. |
| Plaintiff, | : | Civil Action No. 21- |
| v. | : | |
| APPROXIMATELY $544,547.90 SEIZED FROM MILITARY AND CIVILIAN CREDIT UNION ACCOUNT NUMBER ▮▮▮▮0527, HELD IN THE NAME OF HIGH PLACES CONCIERGE SERVICE, | : : : | WARRANT FOR ARREST *IN REM* |
| Defendant *in rem*. | : | |

TO ANY AGENTS OR OFFICERS OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, HOMELAND SECURITY INVESTIGATIONS, AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS, a Verified Complaint for Forfeiture *in Rem* has been filed on June 24, 2021 in the United States District Court for the District of New Jersey, alleging that the defendant property, namely approximately $544,547.90 seized from Military and Civilian Credit Union account number ▮▮▮▮0527, held in the name of High Places Concierge Service on or

about January 12, 2021, is subject to seizure and forfeiture to the United States for the reasons set forth in the Complaint;

WHEREAS, the defendant property is currently in the possession, custody, or control of the United States;

WHEREAS, in these circumstances, Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure (the "Supplemental Rules"), directs the Clerk of the Court to issue a Warrant for Arrest *in Rem* for the defendant property; and

WHEREAS, Rule G(3)(c)(i) of the Supplemental Rules provides that the Warrant for Arrest *in Rem* must be delivered to a person or organization authorized to execute it, who may be an agent or officer with the United States Department of Homeland Security or any other United States officer or employee; someone under contract with the United States; or someone specially appointed by the court for that purpose;

YOU ARE, THEREFORE, HEREBY COMMANDED to take such steps as are necessary to arrest and detain the defendant property, including, if appropriate, serving a copy of this warrant on the custodian in whose possession, custody, or control the property is currently found; and

YOU ARE FURTHER COMMANDED to use whatever means may be appropriate to protect and maintain the defendant property in your custody until further order of this Court.

IN WITNESS WHEREOF, I, the Clerk of the United States District Court for the District of New Jersey, have caused the foregoing Warrant for Arrest *in Rem* to be issued pursuant to Rule G(3)(b)(i) of the Supplemental Rules.

Dated: 6/25/2021

**WILLIAM T. WALSH**

Clerk of the Court

By: _Ryan Merrigan_
Deputy Clerk