UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. Karen M. Williams, U.S.D.J. |
| Plaintiff, | : | Civil Action No. 21-12933 |
| v. | : | DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE |
| APPROXIMATELY $544,547.90 SEIZED FROM MILITARY AND CIVILIAN CREDIT UNION ACCOUNT NUMBER ▮▮▮▮0527, HELD IN THE NAME OF HIGH PLACES CONCIERGE SERVICE, | : : : : | |
| Defendant *In Rem* | | |

WHEREAS, on or about June 24, 2021, the United States filed a Verified Complaint for Forfeiture *In Rem* in the United States District Court for the District of New Jersey against approximately $544,547.90 seized from Military and Civilian Credit Union account number ▮▮▮▮0527, held in the name of High Places Concierge Service on or about January 12, 2021 (hereinafter referred to as the "defendant property");

WHEREAS, the Verified Complaint alleged that the defendant property is subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 984, which subjects to forfeiture any property, real or personal, that constitutes or is derived from proceeds traceable to wire fraud, in violation of 18 U.S.C. § 1343, which is an offense constituting specified unlawful activity, as defined in 18 U.S.C. § 1956(c)(7);

WHEREAS, on or about July 6, 2021, the United States filed a Notice of Complaint for Forfeiture (the "Notice of Complaint");

WHEREAS, the Notice of Complaint stated that any person who wished to assert an interest in and avoid forfeiture of the defendant property was required to file a verified claim with the Clerk of the Court no later than 35 days from the date of mailing, if notice was mailed; no later than 35 days from the date of delivery, if notice was personally served; within the time period that the Court allowed, *provided that* any request for an extension of time from the Court was made prior to the expiration of the time within which the person is required to file such verified claim; or within 60 days from the first day of publication of notice on the government internet site www.forfeiture.gov;

WHEREAS, the Notice of Complaint also detailed the procedure for filing a claim and answer;

WHEREAS, on or about July 7, 2021, the United States sent copies of the Verified Complaint and the Notice of Complaint by Federal Express to the only party known to the Government who could have claimed an interest in the defendant property – that is, Jamie Newton, at ███████████████, Dayton, Ohio 45406-2324 (Tracking No. 774192907600). According to the records of Federal Express, the Notice of Complaint and Complaint were delivered on July 8, 2018;

WHEREAS, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, notice of this forfeiture action and the procedures for

filing a claim to the defendant property was posted on an official internet government forfeiture website, namely www.forfeiture.gov, for at least 30 consecutive days, beginning on August 13, 2021, notifying all third parties of their right to file a claim and answer with the Court and explaining the procedures and applicable deadlines for seeking an adjudication of the validity of their alleged legal interest in the defendant property;

WHEREAS, on or about November 30, 2021, the Clerk of the Court made entry of default as to the defendant property;

WHEREAS, no claims or answers have been filed or made in this action, no other parties have appeared to contest the action to date, and the statutory time periods in which to do so have expired.  *See* Supplemental Rules G(4)(b)(ii) and G(5)(a) and 18 U.S.C. § 983(a)(4);

WHEREAS, the plaintiff has represented that none of the individuals or entities who received individual notice, or who were required to receive individual notice of the filing of the Verified Complaint, is in the military service of the United States or is an infant or an incompetent person; and

WHEREAS, no previous application for the relief requested herein has been sought.

IT IS HEREBY, ORDERED, ADJUDGED, AND DECREED as follows:

1.   A Default Judgment and a Final Order of Forfeiture is granted and hereby entered against the defendant property, namely approximately $544,547.90 seized from Military and Civilian Credit Union account number ██████████0527, held in the name of High Places Concierge Service on or

about January 12, 2021, and no right, title, or interest in the defendant property shall exist in any other party.

The appropriate United States government agency, its agent or designee shall dispose of the defendant property according to law.

ORDERED this 19th day of February, 2022.

HON. KAREN M. WILLIAMS, U.S.D.J.
United States District Court